# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARK KOKOSZKI, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

PLAYBOY ENTERPRISES, INC.,

    Defendant.

Case No. 19-cv-10302
Hon. Bernard A. Friedman

/

| | |
|---|---|
| BURSOR & FISHER, P.A.<br>Joseph I. Marchese<br>Philip L. Fraietta<br>888 Seventh Ave.<br>New York, NY 10019<br>Tel: (646) 837-7150<br>jmarchese@bursor.com<br>pfraietta@bursor.com<br><br>HEDIN HALL LLP<br>Frank S. Hedin<br>David W. Hall<br>1395 Brickell Ave., Suite 900<br>Miami, FL 33131<br>Tel: (305) 357-2107<br>fhedin@hedinhall.com<br>dhall@hedinhall.com<br><br>BARBAT, MANSOUR & SUCIU PLLC<br>Nick Suciu III (P72052)<br>1644 Bracken Rd.<br>Bloomfield Hills, MI 48302<br>Tel: (313) 303-3472<br>nicksuciu@bmslawyers.com<br><br>*Attorneys for Plaintiff Mark Kokoszki* | HONIGMAN LLP<br>J. Michael Huget (P39150)<br>Robert M. Riley (P72290)<br>Jeffrey K. Lamb (P76738)<br>2290 First National Building<br>660 Woodward Ave.<br>Detroit, MI 48226-3506<br>Tel: (313) 465-7000<br>mhuget@honigman.com<br>rriley@honigman.com<br>jlamb@honigman.com<br><br>*Attorneys for Defendant Playboy Enterprises, Inc.* |

/

## APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Jeffrey K. Lamb of the law firm of Honigman LLP hereby enters his appearance on behalf of Defendant Playboy Enterprises, Inc. in the above-referenced matter.

        Respectfully submitted,

        HONIGMAN LLP

        By: /s/ Jeffrey K. Lamb
            J. Michael Huget (P39150)
            Robert M. Riley (P72290)
            Jeffrey K. Lamb (P76738)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI 48226-3506
        Tel: (313) 465-7000
        mhuget@honigman.com
        rriley@honigman.com
        jlamb@honigman.com

        *Attorneys for Defendant*
        *Playboy Enterprises, Inc.*

Dated: July 15, 2019

## **CERTIFICATE OF SERVICE**

This is to certify that on July 15, 2019, a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will

Respectfully submitted,

HONIGMAN LLP

By: /s/ Jeffrey K. Lamb
  J. Michael Huget (P39150)
  Robert M. Riley (P72290)
  Jeffrey K. Lamb (P76738)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Tel: (313) 465-7000
mhuget@honigman.com
rriley@honigman.com
jlamb@honigman.com

*Attorneys for Defendant*
*Playboy Enterprises, Inc.*

Dated: July 15, 2019
31600918.1