UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARK KOKOSZKI, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>PLAYBOY ENTERPRISES, INC.,<br><br>      Defendant. | Case No. 19-cv-10302-BAF-RSW<br>Hon. Bernard A. Friedman |

## **INDEX OF EXHIBITS**

1. Declaration of Joseph I. Marchese
   A. Class Action Settlement Agreement
   B. Firm Resume of Bursor & Fisher, P.A.
   C. Firm Resume of Hedin Hall LLP
2. Proposed Order