UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK KOKOSZKI, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

PLAYBOY ENTERPRISES, INC., a Delaware corporation,

    Defendant.

                                     /

Case No. 2:19-cv-10302
Hon. Bernard A. Friedman

## ORDER EXTENDING DEADLINES

WHEREAS, a class action is pending before the Court entitled *Kokoszki v. Playboy Enterprises, Inc.*, No. 2:19-cv-10302-BAF-RSW; and

WHEREAS, Plaintiff Mark Kokoszki and Defendant Playboy Enterprises, Inc., have entered into a Class Action Settlement Agreement, which, together with the exhibits attached thereto, sets forth the terms and conditions for a proposed settlement and dismissal of the Action with prejudice as to Defendant upon the terms and conditions set forth therein (the "Settlement Agreement"), and the Court having read and considered the Settlement Agreement and exhibits attached to;

This matter coming before the Court upon the stipulation of the parties, good cause being shown, and the Court being fully advised in the premises, IT IS HEREBY ORDERED, DECREED, AND ADJUDGED AS FOLLOWS:

The dates set forth in the Court's February 7, 2020 Amended Order Granting Preliminary Approval of Class Action Settlement Agreement, Certifying Settlement Class, Appointing Class Representative, Appointing Class Counsel, and Approving Notice Plan (Dkt. No. 20), are hereby amended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline to disseminate notice to the Settlement Class | March 6, 2020 | March 27, 2020 |
| Class counsel's deadline to file Fee Petition | March 30, 2020 | April 16, 2020 |
| Defendant's response to Fee Petition | April 22, 2020 | May 13, 2020 |
| Class counsel's reply in support of Fee Petition | April 29, 2020 | May 20, 2020 |
| Objection/Exclusion deadline | April 13, 2020 | May 4, 2020 |
| Final Approval Hearing | May 13, 2020; 1:30 p.m. | June 10, 2020 at 11:00 a.m. |

The remainder of the Amended Order Granting Preliminary Approval of Class Action Settlement Agreement, Certifying Settlement Class, Appointing Class Representative, Appointing Class Counsel, and Approving Notice Plan (Dkt. No. 20) otherwise remains in full force and effect.

IT IS SO ORDERED.

Dated: March 16, 2020
      Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge