UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK KOKOSZKI, individually and
on behalf of others similarly situated,

    Plaintiff,                                      Civil Action No. 19-CV-10302

vs.                                           HON. BERNARD A. FRIEDMAN

PLAYBOY ENTERPRISES, INC.,

    Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

        This matter is presently before the Court on plaintiff's motion for an extension of time to file a motion for final approval of class action settlement [docket entry 29]. For cause shown, and with no objection from defendant, the motion is granted. Plaintiff may file his motion for final approval of class action settlement by May 27, 2020.

        SO ORDERED.

                                                      s/Bernard A. Friedman
                                                      BERNARD A. FRIEDMAN
                                                      SENIOR UNITED STATES DISTRICT JUDGE

Dated:  May 20, 2020
         Detroit, Michigan