IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARK KOKOSZKI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PLAYBOY ENTERPRISES, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-10302-BAF-RSW<br><br>Hon. Bernard A. Friedman<br><br>Mag. Judge R. Steven Whalen |

**INDEX OF EXHIBITS**

1. Declaration of Joseph I. Marchese
    A. Class Action Settlement Agreement
    B. Bursor & Fisher, P.A. Firm Resume
    C. Hedin Hall LLP Firm Resume
2. Declaration of Jennifer M. Keough
    A. CAFA Notice Letter
    B. Sample Postcard Notice
    C. Sample Email Notice
    D. Sample Supplemental Postcard Notice (Initial Mailing List)
    E. Sample Supplemental Postcard Notice (New Mailing List)
    F. Sample Supplemental Email Notice (Initial Mailing List)
    G. Sample Supplemental Email Notice (New Mailing List)
    H. Exclusion Requests